STATE v. BORDERS

No. 71 PC.

Case below: 35 N.C. App. 277.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 May 1978.

STATE v. DAVIS

No. 87 PC.

Case below: 35 N.C. App. 277.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 8 May 1978.

STATE v. FRUITT

No. 64 PC.

Case below: 35 N.C. App. 177.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 May 1978.

STATE v. HERRING

No. 72 PC.

Case below: 35 N.C. App. 277.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 May 1978.

STATE v. McADOO

No. 81 PC.

Case below: 35 N.C. App. 364.

Petition by defendants Jones and Kirkpatrick for discretionary review under G.S. 7A-31 denied 8 May 1978.